UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
EDITH AND CARL MARKS JEWISH COMMUNITY
HOUSE OF BENSONHURST, INC., et al.,

            Plaintiffs,

    -against-

BERKSHIRE HATHAWAY DIRECT INSURANCE
COMPANY,

           Defendant.
------------------------------------------------------------x

23-CV-0336 (JPC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed to meet and confer and agree upon an order of priority and accompanying plan for discovery. The parties are directed to file a joint status letter by **April 24, 2023**. The letter shall include a report of what discovery has been completed up to that date and any discovery disputes the parties are unable to resolve.

    **SO ORDERED.**

Dated: March 22, 2023
       New York, New York

                                            _s/ Ona T. Wang_
                                            **Ona T. Wang**
                                            United States Magistrate Judge