UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EDITH AND CARL MARKS JEWISH COMMUNITY
HOUSE OF BENSONHURST, INC., et al.,

              Plaintiffs,

    -against-

BERKSHIRE HATHAWAY DIRECT INSURANCE
COMPANY,

             Defendant.
------------------------------------------------------------x

23-CV-0336 (JPC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 30. The parties' request for an extension of the deadline for fact discovery is **GRANTED**. The deadline for the completion of fact discovery is extended from **June 14, 2023** (ECF 23) to **August 14, 2023**. The deadline for the completion of all expert discovery is extended to **September 22, 2023**.

Plaintiffs' request to add Mid-Island Y Jewish Community Center, Inc. and JCC Association of North America as Plaintiffs is **GRANTED**. Plaintiffs shall file an amended complaint by **May 10, 2023**. The parties shall meet and confer and propose a deadline for Defendant's considered amendment in their next **joint status letter** due **May 26, 2023**.

    SO ORDERED.

Dated: April 26, 2023
       New York, New York

       _s/ Ona T. Wang_
       **Ona T. Wang**
       United States Magistrate Judge