**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
EDITH AND CARL MARKS JEWISH COMMUNITY :
HOUSE OF BENSONHURST, INC., et al.,         :
                                            :       23-CV-0336 (JPC) (OTW)
            Plaintiffs,                     :
                                            :       **ORDER**
            -against-                       :
                                            :
BERKSHIRE HATHAWAY DIRECT INSURANCE         :
COMPANY,                                    :
                                            :
            Defendant.                      :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed to file a joint status letter by **September 29, 2023.**

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: August 14, 2023                        **Ona T. Wang**
       New York, New York                     United States Magistrate Judge