**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
EDITH AND CARL MARKS JEWISH COMMUNITY
HOUSE OF BENSONHURST, INC., et al.,

          Plaintiffs,

      -against-

BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY,

          Defendant.
------------------------------------------------------------x

23-CV-0336 (JPC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on August 14, 2024. The discovery deadline is hereby extended for all purposes to **August 30, 2024**.

The parties are directed to file a joint status letter by **August 30, 2024**.

**SO ORDERED.**

Dated: August 16, 2024
New York, New York

          _s/ Ona T. Wang_
          **Ona T. Wang**
          United States Magistrate Judge