UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                     :

EDITH AND CARL MARKS JEWISH COMMUNITY  :
HOUSE OF BENSONHURST, INC., *et al.*,       :
                     :

          Plaintiffs,     :

                     :

     -v-             :      23 Civ. 336 (JPC)

                     :

BERKSHIRE HATHAWAY DIRECT INSURANCE   :      <u>ORDER</u>
COMPANY f/k/a AMERICAN CENTENNIAL     :
INSURANCE COMPANY,           :

                     :

         Defendant.     :

                     :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     As discussed at yesterday's conference, the parties should meet and confer and file a joint status letter by February 2, 2026.  Among other things, the joint status letter should explain whether any parties seek either a stay of this action or to move to voluntarily dismiss their claims without prejudice, *see* Fed. R. Civ. P. 41(a)(2).  The parties' joint letter should also explain whether any parties oppose such a request, and whether all Plaintiffs joining in the request are asserting that they did not consent to the filing of this action.

     SO ORDERED.

Dated:  December 19, 2025
       New York, New York                 JOHN P. CRONAN
                                  United States District Judge