**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

EDITH AND CARL MARKS JEWISH
COMMUNITY HOUSE OF
BENSONHURST, INC., et al.,

   *Plaintiffs*,

  v.

BERKSHIRE HATHAWAY DIRECT
INSURANCE COMPANY F/K/A AMERICAN
CENTENNIAL INSURANCE COMPANY,

   *Defendant*.

</td><td>

No. 1-23-cv-00336-JPC

</td></tr>
</table>

### NOTICE OF APPEAL

Notice is hereby given that, pursuant to 28 U.S.C. § 1291, Defendant Berkshire Hathaway Direct Insurance Company f/k/a American Centennial Insurance Company ("ACIC"), in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment signed by the Court on June 8, 2026 and docketed June 8, 2026 (*See* ECF No. 177).

Dated: June 23, 2026

           Respectfully submitted,

           BERKSHIRE HATHAWAY DIRECT
           INSURANCE COMPANY F/K/A
           AMERICAN CENTENNIAL INSURANCE
           COMPANY

           **MENDES & MOUNT, LLP**
           Eileen T. McCabe
           Jaimie H. Ginzberg
           750 Seventh Avenue
           New York, NY 10019
           (212) 261-8000

*Attorneys for Defendant Berkshire Hathaway Direct Insurance Company f/k/a American Centennial Insurance Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served on the following Counsel of Record via CM/ECF on June 23, 2026.

Lynda A. Bennett
Jeremy M. King
BARNES & THORNBURG LLP
390 Madison Avenue, 12th Floor
New York, NY 10017-2509
lbennett@btlaw.com
jmking@btlaw.com

**MENDES & MOUNT, LLP**
Eileen T. McCabe
Jaimie H. Ginzberg
750 Seventh Avenue
New York, NY 10019
(212) 261-8000

*Attorneys for Defendant Berkshire
Hathaway Direct Insurance Company f/k/a
American Centennial Insurance Company*